FILED
JUN 0 2 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: **'08 MJ 8486** |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Martin Allen WELLS, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about June 1, 2008, within the Southern District of California, defendant Martin Allen WELLS did knowingly and intentionally import approximately 15.10 kilograms (33.22 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

STEWART HARVEY
Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 2ND DAY OF JUNE 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Martin Allen WELLS

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Stewart Harvey.

On June 1, 2008, at approximately 1752 hours, Martin Allen WELLS entered the United States through the Calexico, CA East Port of Entry. WELLS was the sole occupant of a 1999 Volkswagen Jetta bearing California license plate 6CHU586.

Primary Customs and Border Protection Officer (CBPO) Ramos received a negative Customs declaration from WELLS. During the primary inspection of the vehicle, CBPO Ramos noticed one key in the vehicle's ignition and also noticed the vehicle was very clean. When asked who the vehicle belonged to, WELLS said he borrowed the vehicle from his girlfriend and was returning home to Calexico. CBPO Ramos referred RAMOS and the vehicle to the vehicle secondary lot for further inspection.

While at the vehicle secondary inspection lot, CBPO Mena received a negative Customs declaration from WELLS. WELLS stated he was going to Oceanside, California, for divorce court. WELLS stated the vehicle belonged to his girlfriend. CBPO Mena asked WELLS for the vehicle registration. CBPO Mena further noticed WELLS' hand was shaking as he was handing CBPO Mena the vehicle registration. During the secondary inspection of the vehicle, CBPO Mena asked CBP Canine Enforcement Officer (CEO) Ragsdale to utilize his Human-Narcotic Detector Dog (HNDD) on the vehicle. CEO Ragsdale's HNDD alerted to the rear bumper of the vehicle.

Upon further inspection of the vehicle, CBPO Mena discovered fifteen (15) packages containing a green-leafy substance, which field-tested positive for marijuana.

1  Thirteen (13) packages were removed from a non-factory compartment in the rear bumper
2  and two (2) packages were located in the rear driver's side quarter panel. A total of 15.10
3  kilograms (33.22 pounds) of marijuana were concealed in rear bumper and rear driver's
4  side quarter panel of the vehicle.
5
6  WELLS was arrested in violation of 21 U.S.C. § 952 & 960, Importation of a
7  Controlled Substance. WELLS was advised of his rights per Miranda. WELLS stated he
8  understood his rights and was willing to answer questions without the presence of an
9  attorney. WELLS stated he knew "something illegal" was in the vehicle. WELLS further
10  stated he crossed the vehicle into the United States in lieu of a debt he owed for his
11  addiction to heroin and cocaine.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28