PS 8D
(05/08)

June 24, 2008

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

Petition for Warrant for Defendant on Pretrial Release



**Name of Defendant:** Wells, Martin Allen (English)  **Dkt No.:** 08MJ8486-001

**Reg. No.:** 06383-298

**Name of Judicial Officer:** The Honorable Peter C. Lewis, U.S. Magistrate Judge

**Next Court Date:** June 26, 2008

**Charged Offense:** Importation of a Controlled Substance (15.10 kg. of marijuana)

**Date Conditions Ordered:** June 2, 2008

**Conditions of Release:** not commit a federal, state, or local crime during the period of release; make all court appearance; restrict travel to the Southern District of California; not to enter Mexico; report for supervision to the Pretrial Services Agency (PSA) as directed by the assigned PSO and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse; actively seek and maintain full-time employment, schooling, or combination of both; and enter the House of Miracles until accepted into a residential drug treatment program.

**Date Released on Bond:** June 19, 2008

**Asst. U.S. Atty.:** John F. Weis                **Defense Counsel:** Diane Regan, Federal Defenders
(760) 370-0893                                    (760) 335-3510

**Prior Violation History:** None

Wells, Martin Allen  
Dkt No.: 08MJ8486-001

June 24, 2008  
Page 2

## PETITIONING THE COURT

## TO ISSUE A NO-BAIL BENCH WARRANT

The Pretrial Services officer believes the defendant has violated the following condition(s) of pretrial release:

| **CONDITION(S)** | **ALLEGATION(S) OF NONCOMPLIANCE** |
|---|---|
| **(Standard Condition)** Report for supervision to the Pretrial Services Agency as directed by the assigned Pretrial Services Officer. | 1. The defendant failed to report to Pretrial Services for supervision and his current whereabouts are unknown. |

*Grounds for Revocation:* On June 2, 2008, the defendant appeared before your Honor for arraignment on the complaint and he was ordered to report to the Pretrial Services Agency for supervision. The defendant failed to report to Pretrial Services upon release from custody and his whereabouts are unknown.

| **(Special Condition)** Enter the House of Miracles until accepted into a residential drug treatment program. | 2. The defendant failed to enter the House of Miracles upon his release from custody. |
|---|---|

*Grounds for Revocation:* On June 19, 2008, the defendant appeared before your Honor for a bond hearing and he was ordered to enter the House of Miracles (sober living program) until he is accepted into a residential drug treatment program. On June 24, 2008, the undersigned went to the House of Miracles located in El Centro, California, and spoke to a staff member who indicated Mr. Wells was not at the home. Additionally, the undersigned spoke telephonically to the director of the program, Dennis McMullen, and he verified the <u>defendant did not enter the program.</u>

---

## SUPERVISION ADJUSTMENT

Criminal computerized record checks reveal no new arrests. The defendant has not reported to Pretrial Services since his release from custody and his current whereabouts are unknown. Therefore, Pretrial Services views the defendant's supervision adjustment as poor.

**RECOMMENDATION/JUSTIFICATION**

Pretrial Services left Diane Regan with Federal Defenders a message regarding the defendant's whereabouts, however, as of this writing the undersigned has not received a return telephone call.

Considering the defendant did not enter the House of Miracles, failed to report to Pretrial Services, and his current whereabouts are unknown, our office is requesting your Honor order a no-bail bench warrant for the defendant's arrest so he can be brought before the Court and show cause why his bond should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 6/24/08

Respectfully submitted:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by [signature]
Yolanda German
U.S. Pretrial Services Officer
(760) 482-2872
Place: El Centro, California

Reviewed and approved:

[signature]
Carlos Gutierrez
Supervising U.S. Pretrial Services Officer

Wells, Martin Allen                                                                 June 24, 2008
Dkt No.: 08MJ8486-001                                                                      Page 4

**THE COURT ORDERS:**

__✓__   AGREE, ISSUE A NO BAIL BENCH WARRANT FOR THE DEFENDANT'S ARREST SO HE CAN BE BROUGHT BEFORE THE COURT AND SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.

_____   Other _____

_____

_____

_____           _6-26-08_____
United States Magistrate Judge Peter C. Lewis            Date